## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRAIG CUNNINGHAM, on behalf of himself and all others similarly situated,<br>            Plaintiffs,<br>      vs.<br><br>MEDGUARD ALERT, INC.<br>            Defendants. | Civil Action No.18-cv-00897<br><br><br><br>July 3, 2018 |

## MOTION TO DISMISS UNDER FRCP R. 12(b)(6) AND  STRIKE PLAINTIFFS' CLASS ALLEGATIONS UNDER FRCP R. 12(f)

Pursuant to Fed. R. Civ. Proc. R. 12(b)(6) and R. 12(f), the Defendant, MEDGUARD ALERT, INC.,  respectfully moves this Court to dismiss and/or strike the Plaintiff's claim as follows:

1.      Insofar as the  Plaintiff's claim is predicated on 47 U.S.C. 227(B)(1)(b), that cause of action must be dismissed under FRCP R. 12(b)(6) because he is not a residential phone subscriber.

2.      Plaintiffs' class allegations on behalf of residential telephone subscribers must be stricken under FRCP 12(f)  because:

a.      Plaintiff lacks class standing with respect to residential telephone calls.

b.      Plaintiff's class allegations must also be stricken as his claim (i.e., a call to his cellular phone which was allegedly violated a particular provision of 47 U.S.C. § 227) is not typical of the other members of the proposed class.

1

A Memorandum of Law in Support of this Motion is appended hereto.

<div style="margin-left: 40%;">

THE DEFENDANT,
MEDGUARD ALERT, INC.

BY__/s/ Keith R. Rudzik__
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail:krr@hksflaw.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, a copy of the foregoing was filed electronically [and served by mail or anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

<div style="margin-left: 40%;">

BY__/s/ Keith R. Rudzik__
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail: krr@hksflaw.com

</div>