# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRAIG CUNNINGHAM, on behalf of himself and all other similarly situated,<br>    Plaintiff,<br><br>     v.<br><br>MEDGUARD ALERT, INC.<br>        Defendant. | No. 3:18-cv-897-VAB |

## SCHEDULING ORDER

Following a telephonic status conference, the Court adopts the following schedule in this case:

- Joinder of Additional Parties due by February 8, 2019.
- Defendant's Answer due by February 8, 2019.
- Damages Analysis due by February 8, 2019.
- Disclosure of Expert Witnesses and Reports due by August 16, 2019.
- Plaintiff's Motion for Class Certification due by August 16, 2019.
- Depositions of Expert Witnesses due by November 15, 2019.
- Depositions of Fact Witnesses due by November 15, 2019.
- Completion of Discovery due by November 15, 2019.
- Post-Discovery Telephonic Status Conference to be held on December 5, 2019 at 10:00 a.m. (Once all counsel are on the line, please call Chambers at (203) 579-5562.)
- Dispositive Motions due by December 20, 2019.
- Joint Trial Memorandum due 30 days after the Court's ruling on Dispositive Motions.
- Trial Ready by 30 days following the filing of the Joint Trial Memorandum.

**SO ORDERED** at Bridgeport, Connecticut, this 13th day of August, 2018.

     /s/ Victor A. Bolden
    Victor A. Bolden
    United States District Judge