UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRAIG CUNNINGHAM, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDGUARD ALERT, INC.,<br><br>Defendant. | Case No. 3:18-cv-897 (KAD)<br><br>JOINT STATUS REPORT |

Plaintiff Craig Cunningham ("Plaintiff"), by his attorneys, Bellin & Associates LLC and Sadowski Katz LLP, and Defendant Medguard Alert, Inc., by its undersigned attorneys, submit this Joint Status Report pursuant to this Court's October 17, 2018 Order.

**1.   Status of Discovery**

The parties have exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a).

On September 4, 2018, Plaintiff served its first set of document requests, interrogatories and requests for admission on Defendant. Defendant served responses to those discovery requests on October 26, 2018. The parties have a meet and confer concerning those responses scheduled for November 1, 2018 at 10:00 A.M.

On September 21, 2018, Defendant served its first set of document requests and interrogatories on Plaintiff. Plaintiff will be serving responses to those requests on Defendant on October 31, 2018. Defendant has not yet received or reviewed those responses and reserves its rights under, *inter alia*, Rules 26 and 37 of the Federal Rules of Civil Procedure.

No depositions have yet been scheduled.

1

**2.	The Nature and Status of Any Outstanding Motions**

On July 3, 2018, Defendant filed a motion for partial dismissal and to strike the class allegations of one of the proposed classes pursuant to Fed. R. Civ. P. 12(b)(6), 12(f).  Plaintiff filed its opposition to that motion on August 22, 2018.  Defendant filed its reply on October 5, 2018.  The motion is fully submitted and is *sub judice*.  Plaintiff requests oral argument on this motion.

**3.	Settlement Discussions**

The parties are not currently actively engaged in settlement discussion.  Plaintiff believes that it needs to conduct further discovery before such discussions can be productive.

**4.	Referral to Magistrate Judge for Settlement Purposes**

As discussed above, the parties are not currently actively engaged in settlement discussions, and Plaintiff believes that it needs to conduct further discovery before such discussions can be productive.  Accordingly, the parties do not seek a referral to a Magistrate Judge for settlement purposes at this time, although the parties may seek such a referral after sufficient discovery has been taken.

5.	**Trial Readiness and Consent to a Trial Before a Magistrate Judge**

This case is in the midst of discovery and is not yet ready for trial.  The parties do not consent to a trial before a Magistrate Judge.

Dated: October 31, 2018

      /s/Aytan Y. Bellin\
      By: Aytan Y. Bellin Esq.

      BELLIN & ASSOCIATES LLC\
      50 Main Street, Suite 1000\
      White Plains, New York 10606\
      Tel:  (914) 358-5345\
      Fax: (212) 571-0284\
      E-mail: aytan.bellin@bellinlaw.com


      SADOWSKI KATZ LLP\
      Raphael Katz\
      830 Third Avenue, 5th Floor\
      New York, New York 10022\
      Telephone: (646) 503-5348\
      Facsimile: (646) 503-5348\
      E-mail: rkatz@sadowswkikatz.com

      *Attorneys for Plaintiff and the Proposed Class*


**The Sultzer Law Group, P.C.**\
By:    Joseph Lipari /s/\
_____\
Joseph Lipari\
Attorneys for MedGuard Alert, Inc.\
14 Wall Street, 20th Floor\
New York, NY 10005\
Tel:  212-618-1938\
Fax: (888) 749-7747

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2018.

DATED: October 31, 2018

                                      /s/ Aytan Y. Bellin
                                        Aytan Y. Bellin, Esq.