UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>*Plaintiff,*<br>vs.<br>MEDGUARD ALERT, INC.,<br><br>*Defendant.* | Case No.: 3:18-cv-00897-VAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed, with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal.

Dated:   January 16, 2020

| | |
|---|---|
| Aytan Y. Bellin, Esq.<br>BELLIN & ASSOCIATES LLC<br>*Attorney for Plaintiff*<br>50 Main Street, Suite 1000<br>White Plains, NY 10606<br>Tel: (914) 358-5345<br>E-mail: aytan.bellin@bellinlaw.com | Joseph Lipari<br>The Sultzer Law Group, P.C.<br>*Attorney for Defendant*<br>270 Madison Avenue, Suite 1800<br>New York, NY 100016<br>Tel: 917-444-1960<br>E-mail: liparij@thesultzerlawgroup.com |